NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-14-0000450
15-JUL-2014
08:35 AM**

NO. CAAP-14-0000450

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

MATTHEW ALAN STEINGREBE, Plaintiff-Appellee, v.
PAULA KARLA STEINGREBE, Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-D NO. 11-1-7050)

ORDER DISMISSING THE APPEAL PURSUANT TO HRAP RULE 30
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon review of the record, it appears that:

(1) On February 21, 2014, Defendant-Appellant Paula Karla Steingrebe (Steingrebe) filed a notice of appeal;

(2) The record on appeal was filed on April 4, 2014, and the opening brief was due by May 14, 2014;

(3) Steingrebe obtained from the appellate clerk an extension to June 13, 2014 to file the opening brief;

(4) Steingrebe did not file the opening brief;

(5) On June 18, 2014, the appellate clerk informed Steingrebe that the time for filing the opening brief had expired and, pursuant to Hawaiʻi Rules of Appellate Procedure Rule 30, the matter would be called to the court's attention on June 30, 2014, for such action as the court deems proper, which could include dismissal;

(6) Steingrebe did not file the opening brief or respond to the notice of default.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, July 15, 2014.

Chief Judge

Associate Judge

Associate Judge